NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**and**

**EASTMAN KODAK COMPANY,**
*Intervenor.*

---

2011-1592

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-717

---

**JUDGMENT**

---

BRIAN FERGUSON, Weil, Gotshal & Manges, LLP, of Washington, DC, argued for appellant.

PANYIN A. HUGHES, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were JAMES M. LYONS, General Counsel, and

MICHELLE W. KLANCNIK, Acting Assistant General Counsel.

ALAN L. BARRY, K&L Gates LLP, of Chicago, Illinois, argued for intervenor. With him on the brief were MICHAEL J. ABERNATHY, JASON A. ENGEL and BENJAMIN E. WEED; and MICHAEL J. BETTINGER, of San Francisco, California; and ERIC C. RUSNAK, of Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY AND WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 23, 2012 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |